IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY, and JAMES S. JORGENSEN, ADMINISTRATOR OF THE FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> ROSS MIDWEST, INC., <br><br> Defendant. | NO. 06 C 3385 <br><br> Judge Shadur <br><br> Magistrate Judge Cole |

## MOTION FOR ENTRY OF JUDGMENT ON COUNTS I AND II

**NOW COMES** the Plaintiffs, LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY, and JAMES S. JORGENSEN, ADMINISTRATOR OF THE FUNDS (hereinafter called "the Funds" or "Plaintiffs"), by and through their attorneys, MARC M. PEKAY, P.C. and hereby move for an Entry of Judgment on Counts I and II against the Defendant, ROSS MIDWEST, INC. (hereinafter called "Defendant" or "the Company"). In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on June 21, 2006 seeking unpaid contributions and union dues beginning February 1, 2006 and to compel an audit.

2.  On August 17, 2007, this Court entered an Order that held Ross Midwest, Inc. in Default, a Judgment against the Company on Count III of the Complaint in the amount of $7,468.23 and that the Company should comply with an audit for the period beginning February 1, 2006.

3.  Subsequently, the Company paid the Judgment amount and after having to issue a Writ of Attachment, the Company complied with an audit for the time period of February 1, 2006 to May 31, 2006.

4.  Attached as Exhibit A is the Affidavit of Jim Fosco which states that the Company owes Two Thousand Nine Hundred Eight Four Dollars and sixty cents ($2,984.60) pursuant to the audit which includes unpaid contributions, dues, liquidated damages and interest. *See Exhibit A*. The Company also owes attorney fees and costs in the amount of Six Thousand Two Hundred and Thirty Three Dollars and fifty cents ($6,233.50) in attorney fees and costs. *See Exhibit B Affidavit of Marc Pekay*.

5.  Counsel for Plaintiffs have tried to resolve this matter with the Defendant, but the Defendant has not been responsive. *See Exhibit C*.

WHEREFORE Plaintiffs respectfully move:

A.  That a judgment be entered against Ross Midwest, Inc. in the amount of Nine Thousand Two Hundred and Eighteen Dollars and ten cents ($9,218.10) which includes $2,984.60 in unpaid contributions, dues, liquidated damages and interest. It also includes attorney fees and costs in the amount of $6,233.50.

B.      That this Court grant Plaintiffs such additional costs and fees incurred in the collection of this Judgment.

>                               Respectfully submitted,
>                               LABORERS' PENSION FUND et al.,
>
>
>                       BY:     s/ IDALA H. STROUSE
>                               MARC M. PEKAY, P.C.
>                               One of the Attorneys for Plaintiff

MARC M. PEKAY, P.C.
30 North LaSalle St.
Suite 2426
Chicago, IL  60602
(312) 606-0980